UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ALEXIS CARR, BOP #26837-081,<br><br>Petitioner. | Case No. 20-cv-03851-CRB  (PR)<br><br>**ORDER OF DISMISSAL** |

On June 11, 2020, the clerk filed as a new habeas action a letter from petitioner, a federal prisoner at FCI Dublin, requesting "an immediate writ of habeas corpus with immediate release" due to COVID-19 concerns. ECF No. 1 at 1. The court notified petitioner in writing at that time that the action was deficient because petitioner did not file an actual petition for a writ of habeas corpus or pay the requisite $5.00 filing fee or, instead, submit a signed and completed court-approved in forma pauperis (IFP) application. Petitioner was advised that failure to file the requested items within 28 days would result in dismissal of the action.

More than 60 days have elapsed; however, petitioner has not provided the court with the requisite items or sought an extension of time to do so. The action is DISMISSED without prejudice.

The clerk is instructed to close the file.

**IT IS SO ORDERED**.

Dated: August 18, 2020

CHARLES R. BREYER
United States District Judge